Fill in this information to identify the case:

Debtor 1: Lisa Yolanda Tanner

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of Tennessee (State)

Case number: 21-21803

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, et al

Court claim no. (if known): 8

Last 4 digits of any number you use to identify the debtor's account: 0 9 7 8

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 07/02/2021 - plan review | (3) | $ 400.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 07/12/2021 | (5) | $ 500.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Plan Objection | 07/29/21 | (11) | $ 500.00 |
| 12. Other. Specify: _____ | | (12) | $ _____ |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1 __Lisa Y. Tanner__   Case number (if known) __21-21803__
First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x __/s/Edward D. Russell__   Date __08/31/2021__
Signature

Print: __Edward D. Russell__   Title __authorized agent__
First Name   Middle Name   Last Name

Company __The SR Law Group__

Address __PO Box 128__
Number   Street
__Mt Juliet__   __TN__   __37121__
City   State   ZIP Code

Contact phone (__615__) __559__-__3190__   Email __erussell@thesrlawgroup.com__

| Invoice Date |
|---|
| 07/12/2021 |



**GHIDOTTI | BERGER**

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

| Invoice Number |
|---|
| 53221 |

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Lisa Yolanda Tanner
Case Ref Number: 21-21803
Property Address: 4272 Walnut Grove Road, Memphis, TN 38117
OURFILE: 21-005121 CASE: 21-005121-1
Loan #: 0978
Investor: PRP
Area of Law:    Bankruptcy                                    Attorney: Erica Loftis -BK Staff Atty
                BK POC

**BILLING SUMMARY:**

### COSTS

| DATE | COST DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07/2021 | Postage (Non-Recoverable) | $1.80 |

### FEES

| DATE | FEE DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07/2021 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Proof of claim (Recoverable) | $550.00 |
| 07/07/2021 | 2019 Fannie Mae - Bankruptcy - Proof of Claim - Form 410/410A Loan Payment History (Recoverable) | $250.00 |

### TOTALS

| DESCRIPTION | AMOUNT |
|---|---|
| Total Fees This Invoice | $800.00 |
| Total Costs This Invoice | $1.80 |
| Total Fees and Costs This Invoice | $801.80 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $801.80 |

Thank you for the opportunity to be of service.

**SR Law Group**

erussell@thesrlawgroup.com



**Invoice**

BILL TO
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 3088 | 07/29/2021 | $500.00 | 08/28/2021 | Net 30 | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Legal Fee
0978/Tanner - reviewed proposed plan, proof of claim, bankruptcy docket, and loan collateral; prepared and filed Plan Objection (Nonrecoverable) | 1 | 500.00 | 500.00 |

The SR Law Group
PO Box 128
Mt Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.co

**BALANCE DUE**

**$500.00**



| Invoice Date |
|---|
| 07/02/2021 |



GHIDOTTI | BERGER



| Invoice Number |
|---|
| 52799 |

**1920 Old Tustin Avenue | Santa Ana, California 92705**
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Lisa Yolanda Tanner
Case Ref Number: 21-21803
Property Address: 4272 Walnut Grove Road, Memphis, TN 38117
OURFILE: 21-005121 CASE: 21-005121-2
Loan #   0978
Investor: PRP
Area of Law:    Bankruptcy                                                Attorney: Merdaud Jafarnia
                BK Plan Review

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| DATE | FEE DESCRIPTION | AMOUNT |
| 07/02/2021 | 2019 Fannie Mae - Bankruptcy - Plan Review (Recoverable) | $400.00 |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Fees This Invoice | $400.00 |
| Total Costs This Invoice | $0.00 |
| Total Fees and Costs This Invoice | $400.00 |
| Previous Outstanding Balance | $ |
| Total Balance Now Due | $400.00 |

Thank you for the opportunity to be of service.



## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2021, a true and correct copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges was served by regular mail upon the Debtor, Lisa Yolanda Tanner, 4075 Walnut Grove Road, Memphis, TN 38117 I also caused a copy by electronic means as follows: The Sweeney Law Firm, P.C., P.O. Box 341698, Bartlett, TN 38134; Sylvia F. Brown, 200 Jefferson Ave. Suite #1113, Memphis, TN 38103; and, electronically to those identified on the CM/ECF system for this case.

By: /s/*Edward D. Russell*
Edward D. Russell